IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSE MARY LOVE, THE ESTATE OF CLINTON LOVE, KNOWN AND UNKNOWN HEIRS AND DEVISEES OF CLINTON LOVE, FLOYD FREY AND RHENDA FREY, and BLAINE COUNTY, a political subdivision of the State of Montana,<br><br>Defendants. | CV 19-25-GF-BMM<br><br>ORDER GRANTING MOTION FOR PUBLICATION OF SUMMONS |

Upon motion of Plaintiff, United States, for an order directing Defendants, The Estate of Clinton W. Love, and Unknown Heirs and Devisees, to appear, plead or answer in accordance with 28 U.S.C. § 1655, it appearing to the Court that this is an action to foreclose mortgages on real property located in Blaine County, Montana, within this district, described as follows:

> Township 31 North Range 23 East, MPM
> Section 1: Lot 1 less a tract of land further described in C/S #317874; Lot 2
>
> Township 32 North Range 23 East, MPM
> Section 36:    Lots 2, 3, 4 and 5, E½NE¼, NE¼SW¼, SE¼NW¼, and SE¼ less a tract of land further described in C/S #317874

1

Township 31 North Range 24 East, MPM
Section 6:   Lot 2

Township 32 North Range 24 East, MPM
Section 30:   E½SW¼, W½SE¼
Section 31:   Lots 2, 3, 4, 5, 6 and 7, E½NW¼, W½NE¼

SUBJECT TO:
All rights of way and easements as appear of record that predate the United States' mortgages.

Common Address: The real property securing the FSA loans is located in Blaine County, Montana, approximately 5 air miles east of Harlem, MT. Access is 5 miles east of Harlem via elevated dirt and gravel county road, known as Savoy Road, then approximately 1 miles south via elevated gravel Matador Road to the property and 1 mile further south to the farmstead.

IT IS HEREBY ORDERED that the Clerk of District Court shall issue the Summons for Publication;

IT IS FURTHER HEREBY ORDERED that the Summons for Publication be published in the *Blaine County Journal News*, a newspaper published in Blaine County, Montana, once a week for six (6) consecutive weeks;

AND, IT IS FURTHER HEREBY ORDERED that the Defendants, the Estate of Clinton W. Love, and Unknown Heirs and Devisees, is directed to appear, plead, answer or otherwise move with respect to the Complaint herein, within twenty one (21) days after the last date of publication.

DATED this 30th day of May, 2019.

_____
Brian Morris
United States District Court Judge